ACCEPTED
06-14-00139-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 3:32:50 PM
DEBBIE AUTREY
CLERK

## NOS. 06-14-00139-CR, 06-14-00140-CR, 06-14-00141-CR, & 06-14-00142-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 3:32:50 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **DONNY JOE CURRY** | § | **OF APPEALS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF 2ND

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Donny Joe Curry, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the County Court at Law Number 1 of Hunt County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Donny Joe Curry</u>, and numbered CR1301508.

3.      Appellant was convicted of Resisting Arrest in CR1301508, with a Sentence of 275 days confinement and a $250 fine, Failure to Maintain Financial Responsibility in Cause No CR1301625 with a $250 fine, Failure to Display / No Motor Vehicle Inspection in Cause No CR1301627 with a fine in the amount of $250, and Failure to Identify with a fine assessed in the amount of $250 on August 1,

2014.

4. Notice of appeal was given on August 1, 2014, and a Motion for New Trial and Arrest of Judgment was filed in all causes on August 28, 2014.

5. The clerk's record was filed on October 1, 2014; the reporter's record was filed on November 3, 2014.

6. The appellate brief is presently due on December 29, 2014.

7. Appellant requests an extension of time of 30 days from the present date.

8. One extension to file the brief has been received in these causes.

9. Defendant is currently free on bond.

10. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney, Jason A. Duff has begun a review the several volumes in the reporters record as well as the clerks record the record; but, Appellant's counsel requests additional time to sufficiently develop the arguments material to the brief.

Additionally, Counsel was on vacation from the afternoon of December 24, 2014 through December 28, 2014.

Counsel is also appointed in:

*Garza v. State* Appellate Cause numbers 06-14-00088-CR through 06-14-00093, and filed multiple briefs relating to that case December 22, 2014,

Counsel is appointed in *Semaj Milan Yrnah Smith v. State, Appellate Cause No. 06-14-00158-CR* and filed a brief on December 23, 2014,

*Young v. State* Appellate Cause number 06-14-00086-CR with a brief also due on December 29, 2014,

*Willie Frank Jackson v. State* Appellate Cause numbers 06-14-00097-CR & 06-14-00117-CR with a brief due December 29, 2014.

*Bennett v. State* Cause number 06-14-00050-CR where Appellant's attorney filed a brief on November 17, 2014 and is awaiting Appellee's brief,

AND

*Grubbs v. State* Appellate Cause numbers 06-14-00116-CR & 06-14-00117-CR and is awaiting the Reporter's record.

Appellant counsel's represented his client at trial in Cause No. CC1400383 Jim Lee Odom v. Troy Morrison in County Court at Law No. 2 of Hunt County Texas on December 16, 2014

Then counsel participated settlement conferences in Cause No. 80,433 *ITIO of L.W.* and Cause No. 80219, *ITIO M.S. E.S and B.M.* on December 2, 2014. After the parties failed to reach a settlement in Cause No. 80219, *ITIO M.S. E.S and B.M.* on December 2, 2014, the trial court ordered the parties back to another conference on December 23, 2014.

Counsel prepared for and represented his clients in an Adversarial

hearings in Hunt County Child Protection Court for Northeast Texas #2 on December 3, 2014 in Cause No. 81,304 *In the Interest of TH & Z.H.,* Children, as well as a Final Hearing in Cause No. 80,139 In the *Interest of D.B., a Child* in the 196th Judicial District among several others.

Counsel prepared for and represented his clients in an Adversarial hearing in Cause No. 81,304 In the Interest of T.H. &Z.H., Children on December 18, 2014.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Jason A. Duff
2615 Lee St
Greenville, TX 75403
Tel: 903.455.1991
Fax:903.455.1417


By: _/s/ Jason A. Duff_ _____
  Jason A. Duff
  State Bar No. 24059696
  jasonaduff@hotmail.com
  Attorney for Donny Joe Curry

## CERTIFICATE OF SERVICE

This is to certify that on December 4, 2014, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Hunt County, by electronic service through the Electronic Filing Manager.

*/s/ Jason A. Duff*
Jason A. Duff